IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| ROCHELLE | : | 02-3867 |
| MONTGOMERY | : | 02-3889 |
| HINES | : | 02-3901 |
| KARI, et al. | : | 02-3926 |
| HABERMAN | : | 02-3936 |
| MILEY | : | 02-3951 |
| FRANCO, et al. | : | 02-3975 |
| DAVIS | : | 02-4113 |
| RUSSELL, et al. | : | 02-4116 |
| HERNANDEZ, et al. | : | 02-4126 |
| QUILLEN, et al. | : | 02-4167 |
| SIMMONS, et al. | : | 02-4174 |
| BIEDERMAN | : | 02-4194 |
| DRY, et al. | : | 02-4225 |
| COOK | : | 02-4237 |
| STEFAN, et al. | : | 02-4277 |
| WALKER, et al. | : | 02-4283 |
| DUNCAN, et al. | : | 02-4301 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

        [ X ]   -      Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                **BY THE COURT:**

                                  _____
                                  **Stewart Dalzell, S.J.**

Case 2:02-cv-04301-SD    Document 2    Filed 07/10/2002    Page 2 of 2